UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,<br><br>Plaintiff,<br><br>LG CORPORATION, LG ELECTRONICS, INC., AND LG ELECTRONICS U.S.A., INC.<br><br>Defendants. | Civil Action No. 2:12-CV-00949<br><br>**JOINT DISCOVERY PLAN AND [PROPOSED] SCHEDULING ORDER**<br><br>*Document Electronically Filed* |

Plaintiff Industrial Technology Research Institute ("ITRI") and Defendants LG Corp., LG Electronics, Inc., and LG Electronics U.S.A., Inc, (collectively "LG"), by and through their attorneys, hereby submit this Joint Discovery Plan and Proposed Scheduling Order pursuant to a telephone conference with the Court on March 5, 2012.  The parties have met and conferred on all the matters set forth herein.

This matter was transferred to the District of New Jersey from the Eastern District of Texas (Tyler Division) on February 14, 2012.

**Discovery To Date:**

1.   At the time of transfer, the parties had <u>not</u> exchanged their initial disclosures pursuant to Fed. R. Civ. P. 26.  The parties had exchanged patent infringement contentions and invalidity contentions, and produced documents, pursuant to the Patent Local Rules 3.1 – 3.4 of the Eastern District of Texas.  However, the Local Patent Rules 3.1 – 3.4 of this Court require certain additional disclosures not required under the corresponding Rules in the Eastern District of Texas.

**Anticipated Discovery Requirements and Requested Limitations on Discovery**

2. The parties are engaged in discussions regarding a Consent Discovery Confidentiality Order and will submit a Proposed Consent Discovery Confidentiality Order for the Court's consideration in accordance with the Proposed Schedule or as may otherwise be directed by the Court.

3. <u>Interrogatories</u>. Each side may serve up to 40 interrogatories on the other side. (i.e., the Plaintiff is entitled to 40 interrogatories and the Defendants, collectively, will be entitled to 40 interrogatories).

4. <u>Requests for Admissions</u>. Plaintiff may serve up to 25 requests for admissions to all Defendants collectively. Defendants may collectively serve up to 25 requests for admissions on Plaintiff. There is no limit on requests for admissions related to the admissibility of documents, which should be filed separately from any substantive requests.

5. <u>Requests for Production</u>. The parties may serve unlimited Requests for Production of Documents pursuant to FRCP 34.

6. <u>Non-Expert Witness Depositions</u>. Plaintiff may take up to 100 hours of deposition testimony (excluding expert and third-party depositions). Defendants collectively may take up to 100 hours of deposition testimony (excluding expert and third-party depositions). Only half the time of depositions requiring the use of a translator will only count towards either party's total hours.

7. <u>Third-Party Depositions</u>. The limitations in the Federal Rules of Civil Procedure with respect to the length of depositions of third parties will apply.

8. <u>Document Subpoenas and Deposition on Written Questions</u>. The parties may serve as many documents subpoenas and depositions on written questions on third parties, as needed.

9. <u>Expert Depositions</u>. Each party may take up to 10 hours of deposition testimony of each expert per topic, per patent family and/or per report.

10. <u>Electronic Discovery</u>. The parties are discussing a potential Proposed Consent Discovery Order covering various issues relating to discovery, including electronic discovery and document production, privileged materials, and other discovery limitations. The parties will submit a Proposed Consent Discovery Order for the Court's consideration in accordance with the Proposed Schedule or as may otherwise be directed by the Court.

11. <u>Format of Claim Construction Hearing</u>. The parties will submit a joint proposed format for the Claim Construction Hearing pursuant to the agreed Case Schedule set forth below.

| DUE DATE | ACTION |
| --- | --- |
| 04/18/2012 | **Service of Initial Disclosures** |
| 04/25/2012 | **Plaintiff to Comply with L. Pat. R. 3.1(d), (h) and L. Pat. R. 3.2(d), (e), (f)** |
| 04/18/2012 | **Submission of Proposed Consent Discovery Confidentiality Order and Proposed Consent Discovery Order** |
| 06/11/2012<br><br>45 days from L. Pat. R. 3-1 | **Defendants to Comply with L. Pat. R. 3.2A** |
| 06/25/2012<br><br>14 days from L. Pat. R. 3-4 | **Plaintiff to Comply with L. Pat. R. 3.4A** |
| 07/09/2012<br><br>14 days from L. Pat. R. 3.4A | **Comply with L. Pat. R. 4.1(a)** - Exchange Proposed Terms and Claim Elements for Construction. |
| 07/23/2012 | First mediation to be completed. Mediation shall be conducted in accordance with the Court-Annexed Mediation Plan. *See* Appendix H to Local Rules, available on the Court's website at www.uscourts.gov. |

3

| DUE DATE | ACTION |
|---|---|
| 07/30/2012<br><br>21 days from<br>L. Pat. R. 4.1(a) | **Comply with L. Pat. R. 4.2(a)-(b)** - Exchange of Preliminary Claim Constructions |
| 08/13/2012<br><br>14 days from L. Pat. R. 4.2(a) | **Comply with L. Pat. R. 4.2 (c)** – Exchange of Identification of Intrinsic and Extrinsic Evidence |
| 08/29/2012<br><br>30 days from L. Pat. R. 4.2(a) | **Comply with L. Pat. R. 4-3 (a)-(f)** - Filing of Joint Claim Construction and Prehearing Statement. |
| 09/14/2012 | **Proposed Technical Advisors due if one has not already been appointed.  Parties to provide name, address, phone number, and curriculum vitae for up to three agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor.  If the parties cannot agree on a technical advisor, they shall not submit any proposed technical advisors to the Court.  If the parties feel a technical advisor is unnecessary, they shall alert the Court at this time.** |
| 09/28/2012<br><br>30 days from L. Pat. R. 4.3 | **Comply with L. Pat. R. 4.4** – Close of Discovery on Claim Construction Issues. |
| 10/08/2012 | Deadline for parties, if they desire, to request leave to provide Court with tutorials concerning technology involved in patent.  If leave is granted, the tutorials will be due at a later date. |
| 10/15/2012<br><br>45 days from L. Pat. R. 4.3 | **Comply with L. PAT. R. 4.5(a)** - The party claiming patent infringement shall serve and file an opening *Markman* brief any evidence supporting its claim construction. |
| 11/14/2012<br><br>30 days from L. Pat. R. 4.5(a) | **Comply with L. Pat. R. 4.5(b)** - Close of *Markman* Expert Discovery |

4

| DUE DATE | ACTION |
|---|---|
| **12/14/2012**<br><br>60 days from L. Pat. R. 4.5(a) | **Comply with L. PAT. R. 4.5(c)** - Responsive *Markman* brief and supporting evidence due |
| **12/28/2012**<br><br>14 days from L. Pat. R. 4.5(c) | **Comply with L. PAT. R. 4-6** –Proposed *Markman* Hearing Schedule and format of the Claim Construction Hearing |
| **30 days after *Markman* Order** | **Comply with L. Pat R. 3.8(a)-(c)** Advice of Counsel Disclosures and Document Production |
| **60 days after the *Markman* Order** | Close of fact discovery |
| 90 days after the *Markman* Order | Parties with burden of proof designate expert witnesses (non-construction issues).  Expert witness reports due. |
| 150 days after the *Markman* Order | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. |
| **210 days after the *Markman* Order** | **Discovery Closed.** |

Dated: April 2, 2012

**GIBBONS P.C.**
Attorneys for Plaintiff Industrial Technology Research Institute

By: s/ Vincent E. McGeary

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for Defendants
Defendants LG Corporation, LG Electronics, Inc., and LG Electronics U.S.A., Inc.

By: s/ Robert A. White

GIBBONS P.C.
Vincent E. McGeary
(vmcgeary@gibbonslaw.com)
One Gateway Center
Newark, NJ 07102-5310
Telephone:    973-596-4500
Facsimile:     973-596-0545

SHORE CHAN BRAGALONE DEPUMPO LLP
Michael W. Shore (mshore@shorechan.com)
Alfonso G. Chan (achan@shorechan.com)
Patrick J. Conroy (pconroy@shorechan.com)
Justin B. Kimble (jkimble@shorechan.com)
Christopher L. Evans
(cevans@shorechan.com)
Mark Perdue (mperdue@shorechan.com)
Wei Wei (wwei@shorechan.com)
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone:    214-593-9110
Facsimile:     214-593-9111

Attorneys for Plaintiff Industrial Technology Research Institute

MORGAN, LEWIS & BOCKIUS LLP
Robert A. White (rwhite@morganlewis.com)
Christopher Iannicelli
(ciannicelli@morganlewis.com)
502 Carnegie Center
Princeton, NJ 08540
Telephone:    609-919-6600
Facsimile:     609-919-6701

Kell M. Damsgaard
(kdamsgaard@morganlewis.com)
1701 Market Street
Philadelphia, PA 19103
Telephone:    215-963-5000
Facsimile:     215-963-5001

Collin W. Park (cpark@morganlewis.com)
John D. Zele (jzele@morganlewis.com)
Mark W. Taylor
(mark.taylor@morganlewis.com)
Bradford A. Cangro
(bcangro@morganlewis.com)
Nicholas J. Kim (nkim@morganlewis.com)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:    202-739-3000
Facsimile:     202-739-3001

Attorneys for Defendants LG Corporation, LG Electronics, Inc., and LG Electronics U.S.A., Inc.