Vincent E. McGeary
Christopher H. Strate
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973-596-4500
Facsimile: 973-596-0545


Michael W. Shore*
Alfonso G. Chan*
Christopher L. Evans*
Wei Wei*
**SHORE CHAN DEPUMPO LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Facsimile: 214-593-9111

Attorneys for Plaintiff Industrial Technology Research Institute

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE<br><br>  Plaintiff,<br><br>-v.-<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.<br><br>  Defendants. | Civil Action No. 2:12-cv-00949<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO SERVE AMENDED INFRINGEMENT CONTENTIONS**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** that on August 5, 2013 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Industrial Technology Research Institute ("ITRI") shall move before the Honorable Ester Salas, U.S.D.J., at the United States District Court, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street,

2

Newark, New Jersey 07101, for entry of an Order granting their Motion for Leave to Serve Amended Infringement Contentions..

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, ITRI will rely upon the Brief submitted herewith.

Dated: July 12, 2013                              Respectfully submitted,

By: */s/ Vincent E. McGeary*
**GIBBONS P.C.**
Vincent E. McGeary
(vmcgeary@gibbonslaw.com)
One Gateway Center
Newark, NJ 07102-5310
Telephone:  973-596-4500
Facsimile:   973-596-0545

**SHORE CHAN DEPUMPO LLP**
Michael W. Shore
(mshore@shorechan.com)
Alfonso G. Chan
(achan@shorechan.com)
Eve L. Henson
(ehenson@shorechan.com)
Christopher L. Evans
(cevans@shorechan.com)
Andrew Howard
(ahoward@shorechan.com)
Wei Wei
(wwei@shorechan.com)
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone:  214-593-9110
Facsimile:   214-593-9111

*Attorneys for Plaintiff*
*Industrial Technology Research Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2013, I caused true and accurate copies of the foregoing Notice of Motion and supporting documents to be served upon all counsel of record via electronic mail and/or the Court's CM\ECF distribution system:

                                */s/ Vincent E. McGeary*
                                Vincent E. McGeary