**EXHIBIT 1**

**Andrew M. Howard**

| | |
|---|---|
| **From:** | Andrew Howard |
| **Sent:** | Monday, November 05, 2012 2:14 PM |
| **To:** | cpark OpposingCounsel – ITRI LG; n kim |
| **Cc:** | Eve Henson; Alfonso G Chan; v mcgeary; c strate |
| **Subject:** | ITRI/LG - infringement contentions |

Collin:

While preparing our Markman brief, we became aware of a typographical error in our infringement contentions.  Namely, as represented by LG, the infringement contentions for the '150 Patent mistakenly flip the location of the first and second laser beam generators and the third laser beam generator.  We intent to correct this clerical error.  No substantive changes will be made, and we are happy to share a redline providing the changes.  This change should not affect the Markman briefing, particularly given the terms at issue and LG's representation regarding this error, but we wanted to provide notice in advance of the deadline for Markman briefs out of an overabundance of caution.  Please let us know if you consent to this correction.

Hopefully, thing are returning to normal in the aftermath of Sandy and we hope for the best.

Thanks,

Andrew



Andrew M. Howard
ahoward@shorechan.com
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9133 (Direct)
214-593-9110 (Firm)
214-593-9111 (Fax)