
Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
973-690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

Kell M. Damsgaard, Esq.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5000
kdamsgaard@morganlewis.com

Collin W. Park, Esq.
David M. Morris, Esq.
Nicholas J. Kim, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-739-3000
dmorris@morganlewis.com
cpark@morganlewis.com
nkim@morganlewis.com

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., and LG ELECTRONICS U.S.A., INC.,<br><br>    Defendant. | Civil Action No. 2:12-cv-949 (ES) (JAD)<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER GRANTING <u>MOTION TO SEAL</u>** |

**THIS MATTER** having come before the Court upon the motion of Robinson, Wettre & Miller LLC and Morgan Lewis & Bockius LLP, counsel for defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. ("LGE"), for the entry of an Order permitting the filing of Exhibit 1 to the Declaration of Donald A. Robinson, Esq. dated October 10, 2014, along with all references to that Exhibit contained in Defendants' Memorandum of Law In Support of Their Appeal of the Magistrate Judge's September 26, 2014 Order, under seal pursuant to Local Civil Rule 5.3(c), the Court makes the following findings of fact and conclusions of law, pursuant to Local Civil Rule 5.3(c)(5):

1. The Court finds that there is an Stipulated Discovery Confidentiality Order, entered by the Court on April 23, 2012 ("Confidentiality Order"), providing for the confidential treatment of certain sensitive business documents from LGE and third parties produced by LGE in the litigation that are designated "Confidential," "Attorneys' Eyes Only," or "Outside Counsels' Eyes Only" by the producing party.

2. The Court further finds that the information LGE seeks to have sealed was marked with confidentiality designations by LGE pursuant to the Confidentiality Order.

3. The Court agrees that the information sought to be sealed appears to contain sensitive business information that is not known by the general public, and is the least restrictive means Plausible.

4. The Court further finds that revealing to the public and the confidential business information sought to be sealed would injure the parties' and third parties' business interests.

5. Accordingly, the Court finds that good cause exists to seal the document at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994) and Local Civil Rule 5.3(c)(2).

IT IS, on this 27th day of October, 2014

**ORDERED** that LGE's Motion to Seal Exhibit 1 to the Declaration of Donald A. Robinson, Esq. dated October 10, 2014, along with all references to that Exhibit contained in Defendants' Memorandum of Law In Support of Their Appeal of the Magistrate Judge's September 26, 2014 Order, be and hereby is GRANTED pursuant to Local Civil Rule 5.3(c).

_____
Hon. Joseph A. Dickson, U.S.M.J.